1  MATTHEW J. DOUGLAS
   Nevada Bar No. 11371
2  WINNER & SHERROD
   1117 South Rancho Drive
3  Las Vegas, Nevada 89102
   Tel: (702) 243-7000
4  mdouglas@winnerfirm.com
   asmith@winnerfirm.com
5  *Attorneys for Defendant GEICO Casualty Co.*

6              UNITED STATES DISTRICT COURT

7                   DISTRICT OF NEVADA

8  

   DANA MATTHEWS, an individual,          CASE NO.:   2:20-cv-01989-JAD-NJK
9
        Plaintiff,
10
   vs.                                    **STIPULATION TO DISMISS CASE**
11                                        **WITH PREJUDICE**
   SHARON STONER LABARRY, an              **& ORDER**
12 individual; GEICO CASUALTY
   COMPANY, a foreign Corporation; DOES I
13 through V, ROE CORPORATIONS VI         ECF No. 6
   through X, inclusive,
14
        Defendant(s).
15

16
        IT IS HEREBY STIPULATED by and between Robert Walsh, Esq., attorney for the
17
   Plaintiff, DANA MATTHEWS, and Matthew J. Douglas, attorney for Defendant, GEICO
18
   CASUALTY COMPANY that the Plaintiff's Complaint be dismissed with prejudice as to all
19
   parties, and each party to bear their own costs and attorney's fees.
20
        IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced
21
   matter.
22
   …
23
   …
24
   …
25
   …
26
   …
27
   …
28

                                    Page 1

1303224.docx

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 4th day of December, 2020.

                          WINNER & SHERROD

                    */s/ Matthew J. Douglas*
                    MATTHEW J. DOUGLAS
                    Nevada Bar No. 11371
                    1117 South Rancho Drive
                    Las Vegas, Nevada 89102
                    *Attorneys for Defendant*

DATED this 4th day of December, 2020.

                          WALSH & FRIEDMAN, LTD.

                    */s/ Robert Walsh*
                    Robert Walsh, Esq.
                    Nevada Bar No. 3836
                    400 S. Maryland Pkwy.
                    Las Vegas, NV 89101
                    *Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation **[ECF No. 6]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 8, 2020

1303224.docx